PATTERSON v. CITY TRUST, SAFE–DEPOSIT & SURETY CO. OF
PHILADELPHIA.

(City Court of New York, General Term.  May 22, 1899.)

APPEAL AND ERROR—CONCLUSIVENESS OF VERDICT.

If the evidence was sufficient to warrant a submission of the cause to
the jury, its verdict will not be disturbed on appeal if it does not appear
that the jury were influenced by passion, prejudice, or malice.

Appeal from trial term.

Action by Stephen G. Patterson against the City Trust, Safe-Deposit
& Surety Company of Philadelphia.   There was judgment for defend-
ant, from which plaintiff appeals.   Affirmed.

Argued before McCARTHY and SCHUCHMAN, JJ.

Campbell & Hance, for appellant.

Dayton & Swift, for respondent.

McCARTHY, J.   This was clearly a case to submit to the jury,
and upon which they alone, from the evidence presented, could de-
termine.   We are satisfied that the whole was fairly submitted, and
that the jury properly found for the defendant.   Unless it appears
that the jury, in arriving at their determination, did so under prejudice,
passion, or malice, their verdict will not be disturbed, and particu-
larly so where the case points that it is one clearly for their deter-
mination.   This case was one, and we find no error, and therefore
affirm the judgment, with costs.

SCHUCHMAN, J., concurs.